IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MILLENNIUM PHARMACEUTICALS, INC. | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 12-1011 (GMS) ) |
| SANDOZ INC., | ) ) |
| Defendant. | ) |

**STIPULATION AND PROPOSED ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Millennium Pharmaceuticals, Inc. and Defendant Sandoz Inc. subject to the approval of the Court, that the time within which the parties shall file a joint proposed protective order is extended through and including April 4, 2013.  The reason for the extension is to provide counsel additional time to resolve the remaining issues.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | PHILLIPS, GOLDMAN & SPENCE, P.A. |
|---|---|
| */s/ Maryellen Noreika* | */s/ John C. Phillips, Jr.* |
| Jack B. Blumenfeld (#1014) | John C. Phillips, Jr. (#110) |
| Maryellen Noreika (#3208) | Megan C. Haney (#5016) |
| 1201 North Market Street | 1200 North Broom Street |
| P.O. Box 1347 | Wilmington, DE  19806-4204 |
| Wilmington, DE  19899 | (302) 655-4200 |
| (302) 658-9200 | jcp@pgslaw.com |
| jblumenfeld@mnat.com | mch@pgslaw.com |
| mnoreika@mnat.com | |
| | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | |
| *Millennium Pharmaceuticals, Inc.* | |

SO ORDERED this _____ day of March 2013.

_____
J.