IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MILLENNIUM PHARMACEUTICALS, INC.,<br><br>      Plaintiff,<br><br>      v.<br><br>SANDOZ INC.,<br><br>      Defendant. | C.A. No. 12-1011 (GMS) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiff's Disclosures Pursuant to District of Delaware Default Standard for Discovery Paragraph 4(a)* were caused to be served on March 28, 2013 upon the following in the manner indicated:

John C. Phillips, Jr., Esquire                              *VIA ELECTRONIC MAIL*
Megan C. Haney, Esquire
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, DE 19806
*Attorneys for Sandoz Inc.*

James F. Hurst, Esquire                                     *VIA ELECTRONIC MAIL*
Raymond C. Perkins, Esquire
Kathleen B. Barry, Esquire
Mary T. McCarthy, Esquire
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
*Attorneys for Sandoz Inc.*

|  |  |
|---|---|
| OF COUNSEL:<br><br>William F. Lee<br>Lisa J. Pirozzolo<br>Emily R. Whelan<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>(617) 526-6000<br><br>Robert M. Galvin<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, CA 94304<br>(650) 858-6000<br><br>March 28, 2013<br>6206899.1 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Jack B. Blumenfeld*<br><br>Jack B. Blumenfeld (#1014)<br>Maryellen Noreika (#3208)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>mnoreika@mnat.com<br><br>*Attorneys for Plaintiff*<br>*Millennium Pharmaceuticals, Inc.* |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 28, 2012, upon the following in the manner indicated:

| | |
|---|---|
| John C. Phillips, Jr., Esquire<br>Megan C. Haney, Esquire<br>PHILLIPS, GOLDMAN & SPENCE, P.A.<br>1200 North Broom Street<br>Wilmington, DE  19806<br>*Attorneys for Sandoz Inc.* | *VIA ELECTRONIC MAIL* |
| James F. Hurst, Esquire<br>Raymond C. Perkins, Esquire<br>Kathleen B. Barry, Esquire<br>Mary T. McCarthy, Esquire<br>WINSTON & STRAWN LLP<br>35 West Wacker Drive<br>Chicago, IL  60601<br>*Attorneys for Sandoz Inc.* | *VIA ELECTRONIC MAIL* |

Maryellen Noreika (#3208)