IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MILLENNIUM PHARMACEUTICALS, INC. | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 12-1011 (GMS) |
| SANDOZ INC., | ) ) ) | |
| Defendant. | ) | |

**STIPULATION AND PROPOSED ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Millennium Pharmaceuticals, Inc. and Defendant Sandoz Inc. subject to the approval of the Court, that the time within which the parties shall file a joint proposed protective order is further extended through and including April 11, 2013. The reason for this request is to permit the parties to continue to seek to resolve or narrow any remaining issues in dispute.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP        PHILLIPS, GOLDMAN & SPENCE, P.A.

*/s/ Maryellen Noreika*        */s/ Megan C. Haney*

Jack B. Blumenfeld (#1014)        John C. Phillips, Jr. (#110)
Maryellen Noreika (#3208)        Megan C. Haney (#5016)
1201 North Market Street        1200 North Broom Street
P.O. Box 1347        Wilmington, DE 19806-4204
Wilmington, DE 19899        (302) 655-4200
(302) 658-9200        jcp@pgslaw.com
jblumenfeld@mnat.com        mch@pgslaw.com
mnoreika@mnat.com

*Attorneys for Defendant Sandoz Inc.*

*Attorneys for Plaintiff Millennium Pharmaceuticals, Inc.*

SO ORDERED this _____ day of April 2013.

_____
J.