**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| MILLENNIUM PHARMACEUTICALS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 12-1011 GMS |
| | ) | (Consolidated) |
| SANDOZ INC., | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on April 15, 2013, copies of (1) Defendant Sandoz Inc.'s

Initial Disclosure Pursuant to Rule 26(a)(1); and (2) Defendant Sandoz Inc.'s Initial E-Discovery

Disclosures were served on the following as indicated below:

**VIA HAND DELIVERY**
Jack B. Blumenfeld
Maryellen Noreika
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19801
jblumenfeld@mnat.com
mnoreika@mnat.com

Courtesy copies of the foregoing were sent on April 15, 2013 to the following counsel in

the manner indicated below:

**BY EMAIL**
Jack B. Blumenfeld
Maryellen Noreika
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19801
jblumenfeld@mnat.com
mnoreika@mnat.com

William F. Lee, Esquire

Lisa J. Pirozzolo, Esquire
Emily R. Whelan
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
william.lee@wilmerhale.com
lisa.pirozzolo@wilmerhale.com
emily.whelan@wilmerhale.com

Robert M. Galvin
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304
robert.galvin@wilmerhale.com


Dated:  April 15, 2013                          PHILLIPS, GOLDMAN & SPENCE, P.A.


                                                */s/ Megan C. Haney*
                                                John C. Phillips, Jr. (#110)
                                                Megan C. Haney (#5016)
                                                1200 North Broom Street
                                                Wilmington, DE 19806
                                                (302) 655-4200
                                                jcp@pgslaw.com
                                                mch@pgslaw.com