IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MILLENNIUM PHARMACEUTICALS, INC. | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 12-1011 (GMS) |
| SANDOZ INC., | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of (1) *Plaintiff's Initial Disclosures Pursuant to District of Delaware Default Standard for Discovery Paragraph 3*; and (2) *Plaintiff Millennium Pharmaceuticals, Inc.'s Rule 26(a) Initial Disclosures* were caused to be served on April 15, 2013 upon the following in the manner indicated:

| | |
|---|---|
| John C. Phillips, Jr., Esquire<br>Megan C. Haney, Esquire<br>PHILLIPS, GOLDMAN & SPENCE, P.A.<br>1200 North Broom Street<br>Wilmington, DE  19806<br>*Attorneys for Sandoz Inc.* | *VIA ELECTRONIC MAIL* |
| James F. Hurst, Esquire<br>Raymond C. Perkins, Esquire<br>Kathleen B. Barry, Esquire<br>Mary T. McCarthy, Esquire<br>WINSTON & STRAWN LLP<br>35 West Wacker Drive<br>Chicago, IL  60601<br>*Attorneys for Sandoz Inc.* | *VIA ELECTRONIC MAIL* |

                                      MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                      */s/ Maryellen Noreika*

                                      _____
                                      Jack B. Blumenfeld (#1014)
                                      Maryellen Noreika (#3208)
                                      1201 North Market Street
                                      P.O. Box 1347
                                      Wilmington, DE  19899
                                      (302) 658-9200
                                      jblumenfeld@mnat.com
                                      mnoreika@mnat.com

                                      *Attorneys for Plaintiff*
OF COUNSEL:                            *Millennium Pharmaceuticals, Inc.*

William F. Lee
Lisa J. Pirozzolo
Emily R. Whelan
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA  02109
(617) 526-6000

Robert M. Galvin
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA  94304
(650) 858-6000

April 15, 2013
6206899.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on April 15, 2012, upon the following in the manner indicated:

| | |
|---|---|
| John C. Phillips, Jr., Esquire<br>Megan C. Haney, Esquire<br>PHILLIPS, GOLDMAN & SPENCE, P.A.<br>1200 North Broom Street<br>Wilmington, DE  19806<br>*Attorneys for Sandoz Inc.* | *VIA ELECTRONIC MAIL* |
| James F. Hurst, Esquire<br>Raymond C. Perkins, Esquire<br>Kathleen B. Barry, Esquire<br>Mary T. McCarthy, Esquire<br>WINSTON & STRAWN LLP<br>35 West Wacker Drive<br>Chicago, IL  60601<br>*Attorneys for Sandoz Inc.* | *VIA ELECTRONIC MAIL* |

*/s/ Maryellen Noreika*

Maryellen Noreika (#3208)