IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MILLENNIUM PHARMACEUTICALS, INC.<br><br>Plaintiff,<br><br>v.<br><br>SANDOZ INC.,<br><br>Defendant. | C.A. No. 12-1011 (GMS) |
| MILLENNIUM PHARMACEUTICALS, INC.<br><br>Plaintiff,<br><br>v.<br><br>ACCORD HEALTHCARE, INC.,<br><br>Defendant. | C.A. No. 12-1490 (GMS) |
| MILLENNIUM PHARMACEUTICALS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ACTAVIS, INC.,<br><br>Defendant. | C.A. No. 12-1750 (GMS) |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that Civil Action Nos. 12-1490 (GMS) and 12-1750 (GMS) are consolidated with Civil Action No. 12-1011 (GMS) for all purposes. Civil Action No. 12-1011 (GMS) shall be the lead case and all filings shall be made only in 12-1011 (GMS). The case caption for Civil Action No. 12-1011 shall be amended as follows: Actavis, Inc. shall be replaced with Actavis LLC.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR LLP |
| /s/ *Maryellen Noreika* | /s/ *Adam W. Poff* |
| Jack B. Blumenfeld (#1014)<br>Maryellen Noreika (#3208)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>mnoreika@mnat.com | Adam W. Poff (#3990)<br>Monte T. Squire (#4764)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>apoff@ycst.com<br>msquire@ycst.com |
| *Attorneys for Plaintiff Millennium Pharmaceuticals, Inc.* | *Attorneys for Defendant Accord Healthcare, Inc.* |
| RICHARDS, LAYTON & FINGER, P.A. | PHILLIPS, GOLDMAN & SPENCE, P.A. |
| /s/ *Jason J. Rawnsley* | /s/ *Megan C. Haney* |
| Steven J. Fineman (#4025)<br>Jason J. Rawnsley (#5379)<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>fineman@rlf.com<br>rawnsley@rlf.com | John C. Phillips, Jr. (#110)<br>Megan C. Haney (#5016)<br>1200 North Broom Street<br>Wilmington, DE 19806<br>(302) 655-4200<br>jcp@pgslaw.com<br>mch@pgslaw.com |
| *Attorneys for Defendant Actavis LLC f/k/a Actavis Inc.*<br>April 11, 2013 | *Attorneys for Defendant Sandoz, Inc.* |

IT IS SO ORDERED this 23rd day of April, 2013.

_____
Chief, United States District Judge