**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MILLENNIUM PHARMACEUTICALS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | C.A. No. 12-1011-GMS |
| ) | |
| SANDOZ, INC., ) | |
| Defendant. ) | |
| ─────────────────────────── ) | |
| ) | |
| MILLENNIUM PHARMACEUTICALS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | C.A. No. 12-1490-GMS |
| ) | |
| ACCORD HEALTHCARE, INC., ) | |
| ) | |
| Defendant. ) | |
| ─────────────────────────── ) | |
| ) | |
| MILLENNIUM PHARMACEUTICALS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | C.A. No. 12-1750-GMS |
| ) | |
| ACTAVIS LLC f/k/a ACTAVIS INC., ) | |
| ) | |
| Defendant. ) | |

<u>**NOTICE OF SERVICE**</u>

PLEASE TAKE NOTICE that on June 7, 2013, true and correct copies of (1) Defendants' First Set of Interrogatories (Nos. 1–9), and (2) Defendants' First Set of Requests for Documents and Things (Nos. 1–66) were served upon the below-named counsel of record in the manner and at the addresses indicated:

**VIA EMAIL**
Jack B. Blumenfeld
Maryellen Noreika
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com

**VIA EMAIL**
Robert M. Galvin
Wilmer Cutler Pickering Hale & Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304
(650) 858-6000
robert.galvin@wilmerhale.com

**VIA EMAIL**
William F. Lee
Lisa J. Pirozzolo
Emily R. Whelan
Wilmer Cutler Pickering Hale & Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000
william.lee@wilmerhale.com
lisa.pirozzolo@wilmerhale.com
emily.whelan@wilmerhale.com

*/s/ John C. Phillips, Jr.*
John C. Phillips, Jr. (#110)
Megan C. Haney (#5016)
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pgslaw.com
mch@pgslaw.com

*Attorneys for Defendant & Counterclaim
Plaintiff Sandoz, Inc.*

*/s/ Adam W. Poff*
Adam W. Poff (#3990)
Monté T. Squire (#4764)
YOUNG CONAWAY STARGATT & TAYLOR LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com
msquire@ycst.com

*Attorneys for Defendant & Counterclaim
Plaintiff Accord Healthcare, Inc.*

*/s/ Jason J. Rawnsley*
Steven J. Fineman (#4025)
Jason J. Rawnsley (#5379)
RICHARDS, LAYTON & FINGER, P.A.
920 North King Street
Wilmington, DE 19801
(302) 651-7700
fineman@rlf.com
rawnsley@rlf.com

*Attorneys for Defendant & Counterclaim
Plaintiff Actavis LLC (f/k/a/ Actavis Inc.)*

Dated: June 7, 2013