IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MILLENNIUM PHARMACEUTICALS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 1:12-cv-01011-GMS |
| | ) | (Consolidated) |
| SANDOZ, INC., | ) | |
| Defendant. | ) | |
| | ) | |
| MILLENNIUM PHARMACEUTICALS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 1:12-cv-01490-GMS |
| | ) | |
| ACCORD HEALTHCARE, INC., | ) | |
| Defendant. | ) | |
| | ) | |
| MILLENNIUM PHARMACEUTICALS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 1:12-cv-01750-GMS |
| | ) | |
| ACTAVIS LLC f/k/a ACTAVIS INC., | ) | |
| Defendant. | ) | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on July 1, 2013, copies of *Defendants' List of Proposed Terms for Construction* were caused to be served upon the following counsel in the manner indicated below:

01:13527746.1

**BY E-MAIL**

Jack B. Blumenfeld, Esquire
Maryellen Noreika, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, DE 19899
jblumenfeld@mnat.com
mnoreika@mnat.com


William F. Lee, Esquire
Lisa J. Pirozzolo, Esquire
Emily R. Whelan, Esquire
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
william.lee@wilmerhale.com
lisa.pirozzolo@wilmerhale.com
emily.whelan@wilmerhale.com

Robert M. Galvin, Esquire
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304
robert.galvin@wilmerhale.com

*Attorneys for Plaintiff*


PLEASE TAKE FURTHER NOTICE that on July 1, 2013, this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF which will send notification that such filing is available for viewing and downloading to counsel of record and served by e-mail on the above-listed counsel.

3

| | |
|---|---|
| DATE: July 1, 2013 | YOUNG CONAWAY STARGATT<br>  & TAYLOR, LLP<br><br> /s/ Adam W. Poff<br>Adam W. Poff (No. 3990)<br>Monté T. Squire (No. 4764)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>*apoff@ycst.com*<br>*msquire@ycst.com*<br><br>*Attorneys for Accord Healthcare, Inc.*<br>*On Behalf of All Defendants* |