IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MILLENNIUM PHARMACEUTICALS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 1:12-cv-01011-GMS |
| | ) | (Consolidated) |
| SANDOZ, INC., | ) | |
| Defendant. | ) | |
| ──────────────────────────── | ) | |
| | ) | |
| MILLENNIUM PHARMACEUTICALS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 1:12-cv-01490-GMS |
| | ) | |
| ACCORD HEALTHCARE, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| ──────────────────────────── | ) | |
| | ) | |
| MILLENNIUM PHARMACEUTICALS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 1:12-cv-01750-GMS |
| | ) | |
| ACTAVIS LLC f/k/a ACTAVIS INC., | ) | |
| | ) | |
| Defendant. | ) | |

**<u>NOTICE OF SERVICE</u>**

PLEASE TAKE NOTICE that on August 2, 2013, copies of 1) *Defendant Accord HealthCare Inc.'s Responses and Objections to Plaintiff Millennium Pharmaceutical, Inc.'s First Set of Interrogatories (Nos. 1-8)*, and 2) *Defendant Accord HealthCare, Inc.'s Responses and Objections to Plaintiff Millennium Pharmaceutical, Inc.'s First Set of Requests for the Production of Documents and Things (Nos. 1-41)* were caused to be served upon the following counsel in the manner indicated below:

01:13971638.1

**BY E-MAIL**

Jack B. Blumenfeld, Esquire
Maryellen Noreika, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, DE 19899
jblumenfeld@mnat.com
mnoreika@mnat.com

William F. Lee, Esquire
Lisa J. Pirozzolo, Esquire
Emily R. Whelan, Esquire
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA  02109
william.lee@wilmerhale.com
lisa.pirozzolo@wilmerhale.com
emily.whelan@wilmerhale.com

Robert M. Galvin, Esquire
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304
robert.galvin@wilmerhale.com

*Attorneys for Plaintiff*

PLEASE TAKE FURTHER NOTICE that on August 2, 2013, this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF which will send notification that such filing is available for viewing and downloading to counsel of record and served by e-mail on the above-listed counsel and on the following:

John C. Phillips, Jr. , Esquire
Megan C. Haney, Esquire
Phillips Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
jcp@pgslaw.com
mch@pgslaw.com

James F. Hurst, Esquire
Raymond C. Perkins, Esquire
Kathleen B. Barry, Esquire
Mary T. McCarthy, Esquire
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL  60601
jhurst@winston.com
rperkins@winston.com
kbarry@winston.com
mmccarthy@winston.com

*Attorneys for Defendant Sandoz Inc.*

Steven J. Fineman, Esquire
Jason J. Rawnsley, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
fineman@rlf.com
rawnsley@rlf.com

Gary E. Hood, Esquire
Polsinelli Shughart
161 North Clark Street, Suite 4200
Chicago, IL  60601
ghood@polsinelli.com

Pamela Fekete, Esquire
Polsinelli Shughart
805 Third Avenue, Suite 2020
New York, NY 10022
pfekete@polsinelli.com

Robyn Ast-Gmoser, Esquire
Polsinelli Shughart
100 S. Fourth Street, Suite 1000
St. Louis, MO  63102
rast@posinelli.com

*Attorneys for Defendant Actavis LLC*

3

DATE: August 2, 2013

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Monté T. Squire*
Adam W. Poff (No. 3990)
Monté T. Squire (No. 4764)
Rodney Square
1000 North King Street
Wilmington, DE 19801
*apoff@ycst.com*
*msquire@ycst.com*

*Attorneys for Defendant Accord Healthcare, Inc.*
.