# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MILLENNIUM PHARMACEUTICALS, INC., | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 12-1011 GMS (Consolidated) |
| SANDOZ INC., | ) ) ) | |
| Defendant. | ) ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 5, 2013 a copy of Defendant Sandoz's Response and Objections to Plaintiff's First Set of Requests for Production (Nos. 1-41) was served on the following as indicated below:

**VIA HAND DELIVERY**
Jack B. Blumenfeld
Maryellen Noreika
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19801
jblumenfeld@mnat.com
mnoreika@mnat.com

Courtesy copies of the foregoing were sent on August 5, 2013 to the following counsel in the manner indicated below:

**BY EMAIL**
Jack B. Blumenfeld
Maryellen Noreika
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19801
jblumenfeld@mnat.com
mnoreika@mnat.com

William F. Lee, Esquire
Lisa J. Pirozzolo, Esquire
Emily R. Whelan
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
william.lee@wilmerhale.com
lisa.pirozzolo@wilmerhale.com
emily.whelan@wilmerhale.com

Robert M. Galvin
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304
robert.galvin@wilmerhale.com

Dated: August 5, 2013                    PHILLIPS, GOLDMAN & SPENCE, P.A.

*/s/ Megan C. Haney*
John C. Phillips, Jr. (#110)
Megan C. Haney (#5016)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pgslaw.com
mch@pgslaw.com

2