IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MILLENNIUM PHARMACEUTICALS, INC. | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | C.A. No. 12-1011 (GMS) CONSOLIDATED |
| SANDOZ INC., | ) ) | |
| Defendant. | ) | |
| MILLENNIUM PHARMACEUTICALS, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | C.A. No. 13-467 (GMS) |
| FRESENIUS KABI USA, LLC, | ) ) | |
| Defendant /Counterclaim Plaintiff | ) ) ) | |
| and | ) ) | |
| FRESENIUS KABI USA, INC., and FRESENIUS KABI PHARMACEUTICALS HOLDING, INC. | ) ) ) ) | |
| Defendants. | ) | |

**JOINT CLAIM CONSTRUCTION CHARTS FOR THE
<u>PATENTS BEING ASSERTED BY MILLENNIUM PHARMACEUTICALS, INC.</u>**

The parties have met and conferred, and present the following Joint Claim Construction

Charts for the patents being asserted by Millennium Pharmaceuticals, Inc.

**I.** <u>**Stipulated Constructions**</u>. During the meet and confer process, the parties

agreed to the claim construction for two claim terms from U.S. Patent Nos. 6,713,446 and

6,958,319 as set forth in Exhibit A. The parties jointly and respectfully submit that, if the Court

deems it appropriate, the Court include these agreed-upon claim constructions in the ultimate claim construction order. In the alternative, the parties agree that these agreed-upon constructions are binding between the parties.

    **II.** **<u>Claim Terms Requiring Construction By The Court</u>**. The parties' Joint Claim Construction Charts for U.S. Patent Nos. 6,713,446 and 6,958,319 are attached as Exhibits B and C. Exhibit B summarizes the disputed claim terms and the parties' proposed constructions for the U.S. Patent Nos. 6,713,446 and 6,958,319. Exhibit C lists the disputed claim terms from U.S. Patent Nos. 6,713,446 and 6,958,319, as well as the parties' proposed constructions and the intrinsic evidence the parties rely upon in support of their proposed constructions for the patents.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG, CONAWAY, STARGATT & TAYLOR LLP |
|---|---|
| */s/ Maryellen Noreika* | */s/ Adam W. Poff* |
| Jack B. Blumenfeld (#1014)<br>Maryellen Noreika (#3208)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>mnoreika@mnat.com | Adam W. Poff (#3990)<br>Monté T. Squire (#4764)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>apoff@ycst.com<br>msquire@ycst.com |
| *Attorneys for Plaintiff*<br>*Millennium Pharmaceuticals, Inc.* | *Attorneys for Defendant*<br>*Accord Healthcare, Inc.* |
| OF COUNSEL:<br><br>William F. Lee<br>Lisa J. Pirozzolo<br>Emily Whelan<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>(617) 526-6000 | OF COUNSEL:<br><br>Neil F. Greenblum<br>Michael J. Fink<br>Paul A. Braier, Ph.D.<br>P. Branko Pejic<br>Jill M. Browning<br>GREENBLUM & BERNSTEIN, P.L.C.<br>1950 Roland Clarke Place<br>Reston, VA 20191 |

Robert M. Galvin
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA  94304
(650) 858-6000

| | |
|---|---|
| RICHARDS, LAYTON & FINGER, P.A. | PHILLIPS, GOLDMAN & SPENCE, P.A. |
| */s/ Steven J. Fineman* | */s/ Megan C. Haney* |
| _____ | _____ |
| Steven J. Fineman | John C. Phillips, Jr. (#110) |
| Jason J. Rawnsley | Megan C. Haney (5016) |
| 920 North King Street | 1200 North Broom Street |
| Wilmington, DE  19801 | Wilmington, DE  19806 |
| (302) 651-7700 | (302) 655-4200 |
| fineman@rlf.com | jcp@pgslaw.com |
| rawnsley@rlf.com | mch@pgslaw.com |
| | |
| *Attorneys for Defendant Actavis LLC* | *Attorneys for Defendant Sandoz Inc.* |
| | |
| OF COUNSEL: | OF COUNSEL: |
| | |
| Gary E. Hood | James F. Hurst |
| POLSINELLI PC | Raymond C. Perkins |
| 161 North Clark Street | Kathleen B. Barry |
|  Suite 4200 | Mary T. McCarthy |
| Chicago, IL  60601 | WINSTON & STRAWN LLP |
| | 35 West Wacker Drive |
| Pamela Avallone | Chicago, IL  60601 |
| POLSINELLI PC | |
| 900 Third Avenue | |
| 21st Floor | |
| New York, NY  10022 | |
| | |
| Robyn Ast-Gmoser | |
| POLSINELLI PC | |
| 100 South Fourth Street | |
| Suite 1000 | |
| St. Louis, MO  63102 | |

Potter Anderson & Corroon LLP

/s/ David E. Moore
_____
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendant-Counterclaim Plaintiff Fresenius Kabi USA, LLC and Defendants Fresenius Kabi, Inc. and Fresenius Kabi Pharmaceuticals Holding, Inc.*

OF COUNSEL:

John Hanish
Jonathan A. Auerbach
Jessica H. Zafonte
Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018

Daryl L. Wiesen
Goodwin Procter LLP
53 State Street
Boston, MA 02109

August 9, 2013

**Exhibit A**

**List of Agreed Upon Claim Term Constructions for U.S. Patent Nos. 6,713,446 and 6,958,319**

| Claim Term | Agreed-Upon Construction |
|---|---|
| $Z^1$ and $Z^2$ together form a moiety derived from a sugar | $Z^1$ and $Z^2$ together form a moiety formed by removing the hydrogen atoms from two hydroxyl groups of any sugar moiety |
| a moiety derived from a sugar | moiety formed by removing the hydrogen atoms from two hydroxyl groups of any sugar moiety |

**Exhibit B**

**Summary of Proposed Claim Constructions for U.S. Patent Nos. 6,713,446 and 6,958,319**

| Term to Be Construed | Millennium's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| sugar | glucose, sucrose, fructose, trehalose, xylitol, mannitol, sorbitol, or similar saccharide | saccharides including monosaccharides, disaccharides, and reduced sugars |

**Exhibit C**

**Joint Claim Chart for U.S. Patent Nos. 6,713,446 and 6,958,319**

**Proposed Construction of Disputed Claim Term with Citations to Supporting Intrinsic Evidence**

| Term to Be Construed | Millennium's Proposed Construction | Intrinsic Evidence Supporting Millennium's Construction | Defendants' Proposed Construction | Intrinsic Evidence Supporting Defendants' Construction |
|---|---|---|---|---|
| sugar | glucose, sucrose, fructose, trehalose, xylitol, mannitol, sorbitol, or similar saccharide | '446 patent col.6 l.30 – col.8 l.42, col.10 ll.32-38; '319 patent col.6 l.39 – col.8 l.58, col.10 ll.54-59 | saccharides including monosaccharides, disaccharides, and reduced sugars | '446 patent col. 6:38-42, col. 10:32-35, col 16:23-44; '319 patent col. 6:47-52, col. 10:54-57, col. 16:54 - col 17:8; col. 17:34-39, col. 18:49-52 & 54-55, col. 20:18-23, col.22:30-32 & 47-49, col. 23:3-5 |