IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MILLENNIUM PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SANDOZ, INC., <br><br> Defendant. | C.A. No. 12-1011 (GMS) <br> CONSOLIDATED |
| MILLENNIUM PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> FRESENIUS KABI USA, LLC, *et al.*, <br><br> Defendants. | C.A. No. 13-467 (GMS) |

## **JOINT APPENDIX OF INTRINSIC EVIDENCE**

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com
   *Attorneys for Plaintiff Millennium*
   *Pharmaceuticals, Inc.*

RICHARDS, LAYTON & FINGER
Steven J. Fineman (#4025)
Jason J. Rawnsley (#5379)
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
fineman@rlf.com
rawnsley@rlf.com
   *Attorneys for Defendant Actavis LLC*

| | |
|---|---|
| PHILLIPS, GOLDMAN & SPENCE, P.A.<br>John C. Phillips, Jr. (#110)<br>Megan C. Haney (#5016)<br>1200 North Broom Street<br>Wilmington, DE 19806<br>(302) 655-4200<br>jcp@pgslaw.com<br>mch@pgslaw.com<br>   *Attorneys for Defendant and Counterclaim*<br>   *Plaintiff Sandoz, Inc.* | YOUNG CONAWAY STARGATT &<br>TAYLOR LLP<br>Adam W. Poff (#3990)<br>Monté T. Squire (#4764)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>apoff@ycst.com<br>msquire@ycst.com<br>   *Attorneys for Defendant and Counterclaim*<br>   *Plaintiff Accord Healthcare, Inc.* |

POTTER ANDERSON & CORROON LLP
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801
(302) 984-6000
rhorowitz@potteranderson.com
dmoore@potteranderson.com
bpalapura@potteranderson.com
   *Attorneys for Defendant-Counterclaim*
   *Plaintiff Fresenius Kabi USA, LLC and*
   *Defendants Fresenius Kabi, Inc. and Fresenius*
   *Kabi Pharmaceuticals Holding, Inc.*

September 30, 2013

*Millennium Pharmaceuticals, Inc. v. Sandoz, Inc.*, C.A. No. 12-1011 (GMS) (Consolidated) and
*Millennium Pharmaceuticals, Inc. v. Fresenius Kabi USA, LLC, et al.*, C.A. No. 13-467(GMS)

## JOINT APPENDIX OF INTRINSIC EVIDENCE

| **Tab** | **Description** | **Party Citing** | **Page(s)** |
|---|---|---|---|
| 1 | U.S. Patent No. 6,713,446 (Gupta) | Plaintiff & Defendants | A-1 – A-14 |
| 2 | U.S. Patent No. 6,958,319 (Gupta) | Plaintiff & Defendants | A-15 – A-28 |