IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MILLENNIUM PHARMACEUTICALS, INC. | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | C.A. No. 12-1011 (GMS) CONSOLIDATED |
| SANDOZ INC., | ) ) | |
| Defendant. | ) | |

## PLAINTIFF'S NOTICE OF DEPOSITION OF ASHISH SEHGAL

PLEASE TAKE NOTICE that on February 7, 2014, Plaintiff Millennium Pharmaceuticals, Inc. ("Millennium") will take the oral deposition of Ashigh Sehgal at the offices of Greenblum & Bernstein, P.L.C., 1950 Roland Clarke Place, Reston, Virginia 20191, or at such other location and time mutually agreeable to counsel. The deposition shall commence at 9:30 a.m. and continue thereafter until completed. All counsel are invited to attend.

The deposition will be taken in accordance with the Federal Rules of Civil Procedure before an official authorized to administer oaths under the laws of the United States, and shall continue from day to day until completed. This deposition may be recorded by any means permitted under the Federal Rules of Civil Procedure, including audio, audio-visual, and/or stenographic means.

You are invited to attend and cross-examine.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Maryellen Noreika*

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com

*Attorneys for Plaintiff*
*Millennium Pharmaceuticals, Inc.*

OF COUNSEL:

William F. Lee
Lisa J. Pirozzolo
Emily R. Whelan
WILMER CUTLER PICKERING
    HALE AND DORR LLP
60 State Street
Boston, MA  02109
(617) 526-6000

Robert M. Galvin
WILMER CUTLER PICKERING
    HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA  94304
(650) 858-6000

January 24, 2014

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2014, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on January 24, 2014, upon the following in the manner indicated:

Adam W. Poff, Esquire                                     *VIA ELECTRONIC MAIL*
Monté T. Squire, Esquire
YOUNG, CONAWAY, STARGATT & TAYLOR LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
*Attorneys for Accord Healthcare, Inc.*

Neil F. Greenblum, Esquire                                *VIA ELECTRONIC MAIL*
Michael J. Fink, Esquire
Paul A. Braier, Ph.D., Esquire
P. Branko Pejic, Esquire
Jill M. Browning, Esquire
GREENBLUM & BERNSTEIN, P.L.C.
1950 Roland Clarke Place
Reston, VA  20191
*Attorneys for Accord Healthcare, Inc.*

*/s/ Maryellen Noreika*

Maryellen Noreika (#3208)