IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MILLENNIUM PHARMACEUTICALS, INC. | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 12-1011 (GMS) CONSOLIDATED |
| SANDOZ INC., | ) ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiff's First Set of Requests or Admission Directed to Actavis LLC* were caused to be served on January 24, 2013 upon the following in the manner indicated:

Steven J. Fineman, Esquire  　　　　　　　　　　　　　　*VIA HAND DELIVERY*
Jason J. Rawnsley, Esquire  　　　　　　　　　　　　　　*and ELECTRONIC MAIL*
RICHARDS, LAYTON & FINGER, P.A.
920 North King street
Wilmington, DE  19801
*Attorneys for Actavis LLC*

Gary E. Hood, Esquire  　　　　　　　　　　　　　　　　*VIA ELECTRONIC MAIL*
POLSINELLI SHUGHART
161 North Clark Street, Suite 4200
Chicago., IL  60601
*Attorney for Actavis LLC*

Pamela Fekete, Esquire  　　　　　　　　　　　　　　　　*VIA ELECTRONIC MAIL*
POLSINELLI SHUGHART
805 Third Avenue, Suite 2020
New York, NY  10022
*Attorney for Actavis LLC*

Robyn Ast- Gmoser, Esquire  　　　　　　　　　　　　　*VIA ELECTRONIC MAIL*
POLSINELLI SHUGHART
100 S. Fourth Street, Suite 1000
St. Louis, MO  63102
*Attorney for Actavis LLC*

The undersigned hereby further certifies that copies of *Plaintiff's First Set of Requests or Admission Directed to Accord Healthcare, Inc.* were caused to be served on January 24, 2013 upon the following in the manner indicated:

| | |
|---|---|
| Adam W. Poff, Esquire<br>Monté T. Squire, Esquire<br>YOUNG, CONAWAY, STARGATT & TAYLOR LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>*Attorneys for Accord Healthcare, Inc.* | *VIA HAND DELIVERY*<br>*and ELECTRONIC MAIL* |
| Neil F. Greenblum, Esquire<br>Michael J. Fink, Esquire<br>Paul A. Braier, Ph.D., Esquire<br>P. Branko Pejic, Esquire<br>Jill M. Browning, Esquire<br>GREENBLUM & BERNSTEIN, P.L.C.<br>1950 Roland Clarke Place<br>Reston, VA  20191<br>*Attorneys for Accord Healthcare, Inc.* | *VIA ELECTRONIC MAIL* |

The undersigned hereby further certifies that copies of *Plaintiff's First Set of Requests or Admission Directed to Sandoz, Inc.* were caused to be served on January 24, 2013 upon the following in the manner indicated:

| | |
|---|---|
| John C. Phillips, Jr., Esquire<br>Megan C. Haney, Esquire<br>Phillips, Goldman & Spence, P.A.<br>1200 North Broom Street<br>Wilmington, DE  19806<br>*Attorneys for Sandoz Inc.* | *VIA HAND DELIVERY*<br>*and ELECTRONIC MAIL* |

James F. Hurst, Esquire  
Raymond C. Perkins, Esquire  
Kathleen B. Barry, Esquire  
Mary T. McCarthy, Esquire  
Winston & Strawn LLP  
35 West Wacker Drive  
Chicago, IL  60601  
*Attorneys for Sandoz Inc.*

*VIA ELECTRONIC MAIL*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Maryellen Noreika*

---

Jack B. Blumenfeld (#1014)  
Maryellen Noreika (#3208)  
1201 North Market Street  
P.O. Box 1347  
Wilmington, DE  19899  
(302) 658-9200  
jblumenfeld@mnat.com  
mnoreika@mnat.com

*Attorneys for Plaintiff*  
*Millennium Pharmaceuticals, Inc.*

OF COUNSEL:

William F. Lee  
Lisa J. Pirozzolo  
Emily R. Whelan  
WILMER CUTLER PICKERING  
  HALE AND DORR LLP  
60 State Street  
Boston, MA  02109  
(617) 526-6000

Robert M. Galvin  
WILMER CUTLER PICKERING  
  HALE AND DORR LLP  
950 Page Mill Road  
Palo Alto, CA  94304  
(650) 858-6000

January 24, 2014  
7950628.1

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 24, 2014, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on January 24, 2014, upon the following in the manner indicated:

| | |
|---|---|
| Adam W. Poff, Esquire<br>Monté T. Squire, Esquire<br>YOUNG, CONAWAY, STARGATT & TAYLOR LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>*Attorneys for Accord Healthcare, Inc.* | *VIA HAND DELIVERY*<br>*and ELECTRONIC MAIL* |
| Neil F. Greenblum, Esquire<br>Michael J. Fink, Esquire<br>Paul A. Braier, Ph.D., Esquire<br>P. Branko Pejic, Esquire<br>Jill M. Browning, Esquire<br>GREENBLUM & BERNSTEIN, P.L.C.<br>1950 Roland Clarke Place<br>Reston, VA 20191<br>*Attorneys for Accord Healthcare, Inc.* | *VIA ELECTRONIC MAIL* |
| Steven J. Fineman, Esquire<br>Jason J. Rawnsley, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 North King street<br>Wilmington, DE 19801<br>*Attorneys for Actavis LLC* | *VIA HAND DELIVERY*<br>*and ELECTRONIC MAIL* |
| Gary E. Hood, Esquire<br>POLSINELLI SHUGHART<br>161 North Clark Street, Suite 4200<br>Chicago., IL 60601<br>*Attorney for Actavis LLC* | *VIA ELECTRONIC MAIL* |

Pamela Fekete, Esquire                                          *VIA ELECTRONIC MAIL*
POLSINELLI SHUGHART
805 Third Avenue, Suite 2020
New York, NY  10022
*Attorney for Actavis LLC*

Robyn Ast- Gmoser, Esquire                                      *VIA ELECTRONIC MAIL*
POLSINELLI SHUGHART
100 S. Fourth Street, Suite 1000
St. Louis, MO  63102
*Attorney for Actavis LLC*

John C. Phillips, Jr., Esquire                                  *VIA HAND DELIVERY*
Megan C. Haney, Esquire                                         *and ELECTRONIC MAIL*
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, DE  19806
*Attorneys for Sandoz Inc.*

James F. Hurst, Esquire                                         *VIA ELECTRONIC MAIL*
Raymond C. Perkins, Esquire
Kathleen B. Barry, Esquire
Mary T. McCarthy, Esquire
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL  60601
*Attorneys for Sandoz Inc.*


                                                                */s/ Maryellen Noreika*
                                                                _____
                                                                Maryellen Noreika (#3208)

2